

# THE THIRTEENTH COURT OF APPEALS

---

## 13-22-00186-CV

---

Thomas M. Fletcher Jr.

v.

Gary L. Merritt, Trustee, The Gary Merritt and Janice Merritt Revocable Trust, Et Al.

---

On Appeal from the
404th District Court of Cameron County, Texas
Trial Court Cause No. 2020-DCL-02497-G

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court AFFIRMED IN PART, and REVERSED and RENDERED IN PART, rendering a take-nothing judgment for attorney's fees in favor of appellant. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

August 28, 2023